Angelo Tardone, Appellant, v. Importers and Exporters Insurance Company of New York, Respondent.— Order reversed on the law and motion granted, retaxing and allowing costs at $180.50, without costs of the motion or of this appeal to either party, on the ground that the previous order of the trial court did not prevent the taxing of costs as usual after a second trial. All concur, except Crouch and Edgcomb, JJ., who dissent only as to the items of costs of the first trial, viz., forty dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Henry L. Marsh and Others, as Sewer Commissioners of Sewer District No. 2 in the Town of Brighton, Monroe County, New York, Respondents, v. Standard Accident Insurance Company, Defendant, and George G. Josh, Incorporated, Appellant.— Order modified on the law and as modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [141 Misc. 484.]

In the Matter of the Application of Park Lane Apartments, Incorporated, Appellant, against Parton Swift and Others, Constituting the Zoning Board of Appeals of the City of Buffalo, Respondents.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Robert Dwyer, an Infant, etc., Respondent, v. Thomas Baird and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the facts on the ground that the verdict is against the weight of the evidence as to negligence under the law of the case as laid down by the court. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

John Dwyer, Respondent, v. Thomas Baird and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the facts on the ground that the verdict is against the weight of the evidence as to negligence under the law of the case as laid down by the court. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Standard Accident Insurance Company, Respondent, v. New York Central Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law and facts. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Union Trust Company of Rochester, as Committee of the Property of Malina K. Vogan, Respondent, v. Lotta F. Calhoun, Appellant.— Judgment modified on the law by providing that the accounting should include all the property of the incompetent which came into the possession of the defendant, including bank accounts, and by enjoining the defendant from disposing of the avails of such bank accounts in whatever form they may be, pending the final judgment herein, and by striking out the provisions directing payments by defendant, and as so modified the judgment is affirmed, without costs of this appeal to either party. Finding of fact No. 39 disapproved and reversed and new conclusions of law made. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Union Trust Company of Rochester, as Committee of the Property of Malina K. Vogan, Respondent, v. Lotta F. Calhoun, Appellant.— Upon reargument,